UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| DANIEL DONOVAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 04-102-B-W |
| | ) | |
| MARTIN MAGNUSSON, et al., | ) | |
| | ) | |
| Defendants | ) | |

## AFFIDAVIT OF ROB PINKHAM

I, Rob Pinkham, state the following on personal knowledge:

1. I am a sergeant at the Charleston Correctional Facility.

2. Late last year, Daniel Donovan asked to meet with me about informally resolving a grievance that he had concerning the opening of mail outside his presence, and I did meet with him.

3. At no time did I ever tell Mr. Donovan that officers sometimes retaliate if an inmate files grievances or make any other statement to that effect.

4. I did nothing to and was not intending to do anything to intimidate Mr. Donovan.

Dated: <u>August 17, 2004</u>     /s/Rob Pinkham
                                  ROB PINKHAM

STATE OF MAINE
PENOBSCOT, ss.

      Personally appeared before me the above-named Rob Pinkham and swore to the truth of the foregoing statements.

                Before me,   <u>/s/Christine Brown</u>
                                 NOTARY PUBLIC

                My Commission Expires: <u>November 13, 2010</u>