## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

DANIEL DONOVAN                    )
      Plaintiff          )
  vs.                           )      CIVIL NO. 04-102-B-W
                 )
MARTIN MAGNUSSON, ET AL.          )
      Defendants         )

### AFFIDAVIT OF DANIEL DONOVAN

1. I was tranferred from the Charleston Correctional Facility to the Maine State Prison (MSP) on September 21, 2004, and I submit the transfer resulted from retaliation because I filed grievances and lawsuits while I was housed at CCF.

2. Since arriving at MSP my access to computers and my own computer disks have been reduced from eight (8) hours per week at CCF to Two (2) hours per week at MSP.

3. Since arriving at MSP I lost the ability to earn four (4) days per month meritorious good time and potentially up to four (4) additional days for a total of eight (8) days because I am no longer minimum-security and no longer housed at a minimum-security facility. This loss changes my anticipated "date of release.

4. I finally received my legal material from CCF on October 10, 2004 after Magistrate Krauchuk issued an order dated September 28, 2004, and when the material arrived, several documents were missing, several had been tampered with, but I am able to proceed.

5. This transfer from CCF to MSP has interfered with my ability to proceed with this and other litigation, and it has severally slowed me down, which is what Captain Rick Laliberte indicated as his and/or MDOC's intention.

*Daniel J Donovan*  10-19-04

**STATE OF MAINE**

~~PENOBSCOT~~, ss
KNOX

October 19, 2004

    Then personally appeared the above named Daniel J. Donovan and swore to the truth and accuracy of the above statements.

Before me,

*Bonnie L. Hastings*
Notary Public

RONNIE L. HASTINGS
NOTARY PUBLIC, MAINE
MY COMMISSION EXPIRES APRIL 1, 2007

My Commission Expires

1