UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| DANIEL DONOVAN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil No. 04-102-B-W |
| | ) |
| MARTIN MAGNUSSON, et al., | ) |
| | ) |
| Defendants | ) |

## AFFIDAVIT OF DAWN GEORGE

I, Dawn George, state the following on personal knowledge:

1. I am a first shift sergeant at the Bolduc Correctional Facility and have been at all times relevant to Daniel Donovan's complaint in this lawsuit.

2. In this position, I do supervise first shift correctional officers and directly interact with prisoners, but I do not control all aspects of a prisoner's day-to-day life. Many of those are controlled by the prisoner himself, while others are controlled by other staff who directly interact with the prisoner. In particular, I have no responsibility for prisoner mail, which is the responsibility of the third shift.

3. Donovan did complain to me that a number of pieces of his privileged mail had been opened outside his presence. When he did, I told him that I was not responsible for prisoner mail as that was a third shift responsibility. I told him he needed to bring his complaint to the third shift sergeants or to higher supervisory personnel, such as the Captain for security or the Unit Manager. Donovan told me that he had tried to resolve his complaint with others to no avail and asked me to sign off on several of his grievances as not being able to be informally resolved, which I did.

4. After one of Donovan's complaints to me, I had a brief conversation with one of the third shift sergeants, Sergeant Ames, and told him about Donovan's issue with the mail. Sergeant Ames said he was aware of it. I assumed from that that he was working on resolving it.

Dated: 10.28.04 /s/Dawn George
DAWN GEORGE

STATE OF MAINE
KNOX, ss.

Personally appeared before me the above-named Dawn George and swore to the truth of the foregoing statements.

Dated: 10/28/04 Before me,

/s/Mae Eischens
MAE EISCHENS
NOTARY PUBLIC

CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed affidavit of Dawn George with the court using the ECF system and I hereby certify that, on this date, I caused a copy to be served on prisoner Daniel Donovan by having the same deposited in the United States Mail, postage prepaid.

Dated: October 29, 2004 /s/ Diane E. Sleek
DIANE E. SLEEK
Assistant Attorney General

2