UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| DANIEL DONOVAN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil No. 04-102-B-W |
| | ) |
| MARTIN MAGNUSSON, et al., | ) |
| | ) |
| Defendants | ) |

## AFFIDAVIT OF MONICA GORMAN

I, Monica Gorman, state the following on personal knowledge:

1. I am a custodian of the records of letters sent to the Commissioner of Corrections.

2. I have diligently searched those records for letters relating to Donovan's issue about the opening of his privileged mail.

3. I have been unable to locate any letters written to the Commissioner about this matter.

Dated: 10/29/04  /s/Monica Gorman
MONICA GORMAN

STATE OF MAINE
KENNEBEC, ss.

Personally appeared before me the above-named Monica Gorman and swore to the truth of the foregoing statements.

Dated: 10/29/04  Before me,

Denise Giles
NOTARY PUBLIC

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed affidavit of Monica Gorman with the court using the ECF system and I hereby certify that, on this date, I caused a copy to be served on prisoner Daniel Donovan by having the same deposited in the United States Mail, postage prepaid.


Dated:  October 29, 2004              /s/ Diane E. Sleek
                                      DIANE E. SLEEK
                                      Assistant Attorney General